UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KHAOPHONE SYCHANTHA,

    Defendant.
_____/

Case No. 05-cr-81165

Hon. Sean F. Cox
United States District Court Judge

## ORDER GRANTING IN PART GOVERNMENT'S MOTION TO DENY HYBRID REPRESENTATION AND STRIKE DEFENDANT'S PRO SE PLEADING (ECF No. 94)

On February 15, 2024, David Steingold, counsel for Defendant Khaophone Sychantha, filed a motion to dismiss that Steingold states was drafted by Defendant. (ECF No. 93). However, Steingold states in that motion that he "cannot endorse any of the arguments made by defendant." (*Id.* at 237). The Government subsequently moved to strike this motion from the record. (ECF No. 94).

Ruling on Defendant's motion to dismiss would be tantamount to permitting him to conduct a hybrid representation. However, the Court has not granted Defendant leave to conduct such a representation, and Defendant is not entitled to conduct a hybrid representation as a matter of right. *See United States v. Conder*, 423 F.2d 904, 908 (6th Cir. 1970). Accordingly, **IT IS ORDERED** that "Government's Motion to Deny Hybrid Representation and Strike Defendant's Pro Se Pleading" (ECF No. 94) is **GRANTED IN PART**. The Government's motion is **GRANTED** to the extent that it seeks an order striking "Defendant Sychantha's Motion to Dismiss" (ECF No. 93) from the record and is **DENIED** in all other respects.

1

**IT IS FURTHER ORDERED** that "Defendant Sychantha's Motion to Dismiss" (ECF No. 93) is **STRUCK** from the record.

**IT IS SO ORDERED.**

Dated:  July 10, 2024                               s/Sean F. Cox
                                                    Sean F. Cox
                                                    U. S. District Judge


I hereby certify that on July 10, 2024, the document above was served on counsel and/or the parties of record via electronic means and/or First Class Mail.

                                                    s/J. McCoy
                                                    Case Manager