# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

        Plaintiff,

Case No. 05-cr-81165

Hon. Sean F. Cox

v.

Khaophone Sychantha,

        Defendant.

_____/

## VERDICT FORM

We, the jury, unanimously find the following:

## COUNT ONE

**Question 1:** With respect to the charge in Count One of the indictment which charges the defendant with conspiracy to possess with intent to distribute or to distribute a controlled substance, we the jury find the defendant:

_____ Not Guilty     ____✓____ Guilty

*If you answered **Guilty** in response to Question 1, proceed to Question 1.a. If you answered **Not Guilty** in response to Question 1, proceed to Count 2.*

**Question 1a:** With respect to Count One, did the offense involve at least 500 grams of a substance containing a detectable amount of methamphetamine?

____✓____ Yes   _____ No

*If you answered **Yes** to Question 1a, then skip Question 1b and proceed to Question 1c. If you answered **No** to Question 1a, then proceed to Question 1b.*

**Question 1b:** With respect to Count One, did the offense involve at least 50 but not more than 500 grams of a substance containing a detectable amount of methamphetamine?

_____ Yes   _____ No

*Regardless of your answer, proceed to Question 1c.*

**Question 1c:** With respect to Count One, did the offense involve at least 5 grams of pure methamphetamine?

____✓____ Yes   _____ No

*Proceed to Count Two.*

## COUNT TWO

Question 2: With respect to the charge in Count Two of the indictment, which charges the defendant with possession with intent to distribute a controlled substance, we the jury find the defendant:

_____ Not Guilty   ____✓____ Guilty

*Proceed to Count Three.*

## COUNT THREE

**Question 3:** With respect to the charge in Count Three of the indictment, which charges the defendant with possession with intent to distribute a controlled substance, we the jury find the defendant:

_____ Not Guilty \_\_\_\_✓\_\_\_\_ Guilty

*If you answered **Guilty** in response to Question 3, proceed to Question 3a.*

**Question 3a.:** With respect to Count Three, did the offense involve at least 500 grams of a substance containing a detectable amount of methamphetamine?

\_\_\_✓\_\_\_ Yes _____ No

*If you answered **Yes** to Question 3a, skip Question 3b and proceed to Question 3c. If you answered **No** to Question 3a, proceed to Question 3b.*

**Question 3b.:** With respect to Count Three, did the offense involve at least 50 but not more than 500 grams of a substance containing a detectable amount of methamphetamine?

_____ Yes _____ No

*Regardless of your answer, proceed to Question 3c.*

**Question 3c:** With respect to Count Three, did the offense involve at least 5 grams of pure methamphetamine?

\_\_\_✓\_\_\_ Yes _____ No

**s/Jury Foreperson**

In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

_____10-18-24_____
Date