Page 1

```
1                UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF MICHIGAN
2                     SOUTHERN DIVISION

3   UNITED STATES OF AMERICA,

4              Plaintiff,

5      vs.                          Case No. 05-81165

6   KHAOPHONE SYCHANTHA,

7              Defendant.

8   _____/

9           JURY TRIAL - VOLUME 1 (EXCERPT)
         BEFORE THE HONORABLE SEAN F. COX
10            United States District Judge
        Theodore Levin United States Courthouse
11          231 West Lafayette Boulevard
                  Detroit, Michigan
12           Thursday, October 10, 2024

13  APPEARANCES:

14  FOR THE PLAINTIFF:
                   JASON DORVAL NORWOOD
15                 THOMAS PATRICK MARTIN
                   United States Attorney's Office
16                 211 W. Fort Street, Suite 2001
                   Detroit, Michigan 48226
17                 313.226.9587
                   313.226.9168
18
    FOR THE DEFENDANT:
19                 KHAOPHONE SYCHANTHA
                   IN PRO PER
20                 DAVID S. STEINGOLD
                   (STANDBY COUNSEL)
21                 Law Offices of David S. Steingold, PLLC
                   30300 Northwestern Highway, Suite 111
22                 Farmington Hills, Michigan 48334
                   313.962.0000
23
                       -    -    -
24       To obtain a certified transcript, contact:
           April A. Kurtz, CSR-7347, RPR, FCRR
25              www.transcriptorders.com
```

Page 2

1 TABLE OF CONTENTS

2

3 MATTER                                                          PAGE

4 **Jury Trial - (Volume 1 - EXCERPT)**.................... **3**

5

6 Defense Motion...................................... 4

7

8 Certificate of Reporter............................. 7

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1  Detroit, Michigan

2  Thursday, October 10, 2024

3  9:24 a.m.

4                         * * *

5           THE CLERK:  All rise.

6           The United States District Court for the Eastern

7  District of Michigan is in session.  The Honorable Sean Cox

8  presiding.

9           You can be seated.

10          The Court calls Case Number 05-81165, United

11 States of America versus Khaophone Sychantha.

12          Counsel, can I have appearances, please?

13          MR. NORWOOD:  Good morning, your Honor.  Jason

14 Norwood on behalf of the United States.

15          THE COURT:  Good morning.

16          MR. MARTIN:  Good morning, your Honor.  Patrick

17 Martin for the United States.

18          THE COURT:  Good morning as well.

19          DEFENDANT SYCHANTHA:  Good morning.  Khaophone

20 Sychantha.

21          MR. STEINGOLD:  Good morning, your Honor.  David

22 Steingold.  I want to advise the Court, I have my assistant

23 coming in to work the computer.  She was actually out

24 shopping for clothes -- to try to get some clothes for my

25 client.  She'll be --

```
 1              THE COURT:  Looks pretty good.
 2              MR. STEINGOLD:  Pardon me?
 3              THE COURT:  Looks pretty good right now.
 4              MR. STEINGOLD:  He does.  I told him he can't
 5   outdress me, but he went ahead and did it anyway.
 6              THE COURT:  The jury is ready to be brought up.
 7              My understanding, Mr. Sychantha has a motion.
 8              DEFENDANT SYCHANTHA:  Yes.
 9              I have a motion for counsel.
10              THE COURT:  Motion for what?
11              DEFENDANT SYCHANTHA:  Counsel.
12              THE COURT:  You have standby counsel.
13              DEFENDANT SYCHANTHA:  I know, but I want somebody
14   to represent me.  I just want one under my file.
15              THE COURT:  We went through that issue before.
16              Noted.
17              DEFENDANT SYCHANTHA:  All right.  Can I hand in to
18   the Court anyway?
19              THE COURT:  Of course you can.
20              DEFENDANT SYCHANTHA:  Yes.  Here.
21              THE CLERK:  I'll take it.
22              THE COURT:  And again, at any point during the
23   jury selection, you have Mr. Steingold, a very, very, very
24   experienced lawyer.  You can consult with him.  And if you
25   wish, he can step in and ask questions for you as well.
```

```
                                                              Page 5
 1                DEFENDANT SYCHANTHA:  Yes, your Honor.
 2                THE COURT:  Okay.  Jen, I'm ready whenever the
 3    jury comes up.
 4                THE CLERK:  Okay.  Court is in recess.
 5                (Off the record at 9:27 a.m.)
 6                (Jury selection held.)
 7                (Back on the record at 1:33 p.m.)
 8                THE COURT:  You have the schedule, trial schedule,
 9    right?
10                MR. NORWOOD:  Yes, your Honor.
11                MR. STEINGOLD:  Yes, your Honor.
12                THE COURT:  So we'll argue the two motions in
13    limine at 9:00 tomorrow.  It shouldn't last very long.  I
14    think I'm pretty prepared for the motions in limine, but I
15    want everybody here at 8:30, okay?
16                MR. NORWOOD:  Yes, your Honor.
17                MR. STEINGOLD:  Yes, your Honor.
18                MR. NORWOOD:  Your Honor, just a couple questions.
19                As far as when we're doing exam and opening
20    statements and closing arguments, do you want us to do it
21    from the table or do you want the podium?
22                THE COURT:  What do you guys think?
23                Marshals?
24                MARSHAL:  I would prefer at the table just because
25    --
```

```
                                                               Page 6
 1              THE COURT:  Can you live with at the table?
 2              MR. NORWOOD:  We can do it, your Honor.  We'll
 3   make it work.
 4              THE COURT:  All right.  Got it.
 5              MR. STEINGOLD:  Thank you, your Honor.
 6              MR. NORWOOD:  And then, your Honor, as far as the
 7   physical exhibits, we're going to show those to
 8   Mr. Sychantha after we're done today and we're going to
 9   bring them in for him to see.
10              THE COURT:  Yes, use his time.
11              MR. NORWOOD:  Thank you, your Honor.
12              You have one more thing, Pat?
13              THE COURT:  You can have the courtroom as long as
14   you want.
15              MR. NORWOOD:  Thank you, your Honor.
16              MR. MARTIN:  Your Honor, just one last thing.
17              We do have the compulsion order application with
18   the Court, and if the Court needs anything, more information
19   from us --
20              THE COURT:  I have not looked at it yet.
21              MR. MARTIN:  That's fine, your Honor.
22              THE COURT:  My plan was to deal with it on Tuesday
23   morning if we can do it.  It gives me time, okay?
24              MR. MARTIN:  That's fine, your Honor.
25              THE COURT:  So, right now, I'm shooting up to
```

Page 7

1   Michigan State for an FBA event.  Well, it's not nice.  it's
2   all night and -- which I have to do, so...
3           MR. MARTIN:  Understood, your Honor.  Tuesday is
4   fine.  That's perfectly fine.
5           THE COURT:  I wish I didn't, but I have to.  Okay.
6           MR. MARTIN:  Thank you, your Honor.
7           MR. NORWOOD:  Thank you, your Honor.
8           (PROCEEDINGS CONCLUDED AT 1:36 p.m.)
9                         * * * * *
10                    **C E R T I F I C A T I O N**
11      I certify that the foregoing is a correct transcription
12   of the record of proceedings in the above-entitled matter.
13
14   **s/ April A. Kurtz, CSR-7347, RPR, FCRR          10/23/2024**
     April A. Kurtz, CSR-7347, RPR, FCRR               Date
15   Official Court Reporter
16
17
18
19
20
21
22
23
24
25